██ PEOPLE v CRAIG BECKER, Defendant.—Motion to extend time to take appeal held, decision reserved, and matter remitted to Cattaraugus County Court for a hearing. Memorandum: Defendant moves pursuant to CPL 460.30 to extend the time to take an appeal from his judgment of conviction. He accuses his attorney of improper conduct in that, at the time defendant was informed of his right to appeal his conviction, he told his attorney that he wanted to appeal and he requested his attorney to file a notice of appeal for him; that his attorney agreed to do so but failed to file and serve the notice of appeal. Defendant's attorney controverts those accusations, stating that when he advised defendant of his right to appeal, defendant stated that he did not wish to file a notice of appeal. The motion is held and the matter is referred to County Court, Cattaraugus County, to conduct a hearing to determine whether defendant, at the time he was advised of his right to appeal, told his attorney that he wanted to appeal and requested his attorney to file a notice of appeal for him. We suggest that the need for a hearing might have been avoided had a copy of the written notice given to defendant at the time of sentencing contained a statement to be signed by defendant indicating whether he wished to take an appeal (see, 22 NYCRR 1022.11). Present—Callahan, J. P., Denman, Boomer, Green and Lawton, JJ.

██ PEOPLE v PAULA PRIM, Defendant.—Motion granted and time to take appeal extended upon condition that a notice of appeal is filed and served on or before August 13, 1990. Memorandum: We again remind defense counsel in criminal cases of their obligation to comply with 22 NYCRR 1022.11 (a). Present—Callahan, J. P., Denman, Boomer, Green and Lawton, JJ.

██ In the Matter of NACHE AFRIKA, Petitioner, v THOMAS A. COUGHLIN et al., Respondents.—Motion to vacate abandonment and dismissal denied. Memorandum: Petitioner has failed to set forth sufficient facts to justify the inordinate delay in perfection (see, Matter of Simmons v Kelly, 159 AD2d 1030; Matter of Johnson v Kelly, 147 AD2d 987). Present—Callahan, J. P., Denman, Boomer, Green and Lawton, JJ.